# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA MANSKE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CV3198 |
| | ) | |
| vs. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| ROCKY MOUNTAIN HOLDINGS CO., LLC, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on August 17, 2006, letters (**see** Filings Nos. 11, 12 & 13 in case number 4:06CV3196) were sent to:

**Edward J. McMurrer**
MENDES, MOUNT LAW FIRM
750 Seventh Avenue
New York, NY 10019-6829

**Ralph V. Pagano**
MENDES, MOUNT LAW FIRM
750 Seventh Avenue
New York, NY 10019-6829

**Timothy P. Welch**
MENDES, MOUNT LAW FIRM
750 Seventh Avenue
New York, NY 10019-6829

from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on September 12, 2006, none of the listed attorneys have complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **October 2, 2006**, attorneys McMurrer, Pango and Welch shall register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 13th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge