IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA MANSKE,<br>Special Administrator of the Estate of<br>Phillip Herring, and<br>WAUSAU INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | 4:06CV3198 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROCKY MOUNTAIN HOLDINGS CO.,<br>AIR METHODS CORPORATION,<br>AMERICAN EUROCOPTER CORP.,<br>EUROCOPTER SAS,<br>DUNLOP LIMITED, and<br>SOCIETE D'APPLICATIONS DES<br>MACHINES MOTRICES, a.k.a. SAMM, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendant. | ) | |

This matter is before the court on the motions for leave to withdraw of Thomas M. Locher as counsel for the counter-defendant Estate of Phillip Herring (Filing No. 27).  On October 10, 2006, substitute counsel entered an appearance for Pamela Manske, Special Administrator of the Estate of Phillip Herring.  **See** Filing Nos. 41-43.  The court finds good cause for withdrawal of Thomas M. Locher as counsel for the counter-defendant Estate of Phillip Herring.  **See** NEGenR 1.3(f).

Due to the change of counsel, Pamela Manske seeks an extension of time to answer or otherwise respond to respond to the Counterclaim of Defendant Societe D'Applications Des Machines Mortices (a/k/a SAMM) (Filing No. 44); the Third-Party Complaint of American Eurocopter Corporation (Filing No. 45); and the Third-Party Complaint of Eurocopter, S.A.S. (Filing No. 46).  SAMM consented to the additional time.  Upon consideration,

**IT IS ORDERED:**

1. Thomas M. Locher's motion to withdraw as counsel for third-party defendant Estate of Phillip Herring (Filing No. 27) is granted.  The Clerk of Court shall stop all electronic notices to Mr. Locher regarding this case.

2.     Pamela Manske, Special Administrator of the Estate of Phillip Herring's motion for an extension of time (Filing No. 44) is granted. Ms. Manske shall have to **on or before November 10, 2006**, to file an answer or otherwise respond to the Counterclaim of Defendant Societe D'Applications Des Machines Mortices.

3.     Pamela Manske, Special Administrator of the Estate of Phillip Herring's motion for an extension of time (Filing No. 45) is granted. Ms. Manske shall have to **on or before November 10, 2006**, to file an answer or otherwise respond to the Third-Party Complaint of American Eurocopter Corporation.

4.     Pamela Manske, Special Administrator of the Estate of Phillip Herring's motion for an extension of time (Filing No. 46) is granted. Ms. Manske shall have to **on or before November 10, 2006**, to file an answer or otherwise respond to the Third-Party Complaint of Eurocopter, S.A.S.

DATED this 11th day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge