IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA MANSKE, Special Administrator of the Estate of PHILLIP HERRING,<br><br>    Plaintiff and<br>    Counter-Claim Defendant<br><br>WAUSAU INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROCKY MOUNTAIN HOLDING CO., AIR METHODS CORPORATION, AMERICAN EUROCOPTER CORP., EUROCOPTER SAS, DUNLAP LIMITED, DUNCAN AVIATION, INC., and CIT LEASING CORPORATION,<br><br>    Defendants,<br><br>SOCIETE D'APPLICATIONS DES MACHINES MOTRICES, a/k/a SAMM,<br><br>    Defendant,<br>    Counter Claimant and<br>    Third-Party Plaintiff,<br>    v.<br><br>ROCKY MOUNTAIN HOLDING CO.,<br><br>    Third-Party Defendant. | Case No.  4:06CV3198<br><br>REASSIGNMENT ORDER |

    Magistrate Judge David L. Piester has determined that his recusal from cases in which the Baylor, Evnen Law Firm or Keating, O'Gara Law Firm are involved may now end. Accordingly,

    IT IS ORDERED that this case is reassigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matter.  This case remains assigned to District Judge Richard G. Kopf.

    DATED this 1st day of February, 2007.

BY THE COURT:

*s/ Joseph F. Bataillon*
Joseph F. Bataillon, Chief Judge
United States District Court